UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN ORWIG-REIHL, et al., | Case No: 10-CV-8869 (LTS)(KNF) |
| Plaintiffs, | |
| | Judge: Laura Taylor Swain |
| v. | |
| WATSON PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

## PARTIES' JOINT PROPOSED ORDER

This matter having come before the Court on Plaintiffs' Motion to Vacate the Current Scheduling Order and Stay All Proceedings and Discovery, filed April 16, 2012 [Doc. 49], and the Court having considered that Motion and Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Laboratories, Inc., a Nevada Corporation, and Watson Laboratories, Inc., a Delaware Corporation's Response [Doc. 50], and otherwise being fully advised,

It is HEREBY ORDERED:

(1) The current scheduling order [Doc. 27] is hereby vacated;

(2) This case is stayed pending the decision of the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to MDL-2372; and

(3) While this case is stayed, the parties may (either by agreement or by petitioning the court) conduct discovery of third parties by authorization, or subpoena if necessary, in order to obtain medical records, pharmacy records, death investigation records, educational records, employment records, tax records, social security records, and insurance records that specifically pertain

to the decedents. Conducting such discovery by agreement is the preferred course and consent to do so shall not be unreasonably withheld or made contingent upon any other agreement. Further, it is understood and agreed that Defendants may continue to conduct discovery of third parties to obtain any and all records related to the decedents for which authorizations have already been provided by Plaintiffs.

(4) If the parties wish to conduct discovery other than that provided for in paragraph 3 above, they may petition this Court and, upon a showing of good cause, such discovery will be permitted.

(5) Nothing in this order shall prohibit the parties during the pendency of the stay from requesting and/or obtaining documents and tangible things regarding decedents that are publically available without authorization or subpoena.

6 This order resolves the motion appearing as Docket Entry No. 49.

IT IS SO ORDERED THIS 24 DAY OF May, 2012.

*Kevin Nathaniel Fox*

~~LAURA TAYLOR SWAIN~~
~~UNITED STATES DISTRICT JUDGE~~
HON. KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

SUBMITTED BY AND AGREED TO:

*/s/ David Pitcher*  
Michael Heygood, Esq.  
(Admitted *pro hac vice*)  
michael@hop-law.com  
David E. Pitcher, Esq.  
(Admitted *pro hac vice*)  
david@hop-law.com  
James Craig Orr, Jr., Esq.  
(Admitted *pro hac vice*)  
jim@hop-law.com  
Eric D. Pearson, Esq.  
(Admitted *pro hac vice*)  
eric@hop-law.com  
Charles W. Miller, Esq.  
(Admitted *pro hac vice*)  
charles@hop-law.com  
Heygood, Orr & Pearson  
2331 W. Northwest Highway, 2nd Floor  
Dallas, TX 75220  
(214) 237-9001  
(214) 237-9002 FAX  
And

Christopher R. LoPalo  
Worby, Groner, Edelman & Napoli Bern, LLP  
350 Fifth Avenue  
New York, New York 10118  
(212) 267-3700

*Attorneys for Plaintiffs*

*/s/ Joseph P. Thomas*  
Joseph P. Thomas, Esq.  
(Admitted *pro hac vice*)  
jthomas@ulmer.com  
Jeffrey F. Peck, Esq.  
(Admitted *pro hac vice*)  
jpeck@ulmer.com  
K.C. Green, Esq.  
(Admitted *pro hac vice*)  
kcgreen@ulmer.com  
Jeffrey D. Geoppinger, Esq.  
(Admitted *pro hac vice*)  
jgeoppinger@ulmer.com  
Kenneth R. Craycraft Jr., Esq.  
(Admitted *pro hac vice*)  
kcraycraft@ulmer.com  
Ulmer & Berne LLP  
600 Vine Street, Suite 2800  
Cincinnati, OH 45202  
Tel: 513.698.5000  
Fax: 513.698.5001

Andrew J. Scholz, Esq. (RP 3906)  
ascholz@goldbergsegalia.com  
Goldberg Segalla, LLP  
11 Martine Avenue, Suite 750  
White Plains, NY 10606  
Tel: 914.798.5400  
Fax: 914.798.5401

*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Laboratories, Inc., a Delaware corporation, and Watson Laboratories, Inc., a Nevada corporation*