Swain, J

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

MAY 18 2012

KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| KATHRYN ORWIG-REIHL, et al., | Case No: 10-CV-8869 (LTS) (KNF) |
| Plaintiffs, | |
| v. | Judge: Laura Taylor Swain |
| WATSON PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

~~PARTIES' JOINT PROPOSED~~ ORDER

This matter having come before the Court on Plaintiffs' Motion to Vacate the Current Scheduling Order and Stay All Proceedings and Discovery, filed April 16, 2012 [Doc. 49], and the Court having considered that Motion and Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Laboratories, Inc., a Nevada Corporation, and Watson Laboratories, Inc., a Delaware Corporation's Response [Doc. 50], and otherwise being fully advised,

It is HEREBY ORDERED:

(1) The current scheduling order [Doc. 27] is hereby vacated;

(2) This case is stayed pending the decision of the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to MDL-2372; and

(3) While this case is stayed, the parties may (either by agreement or by petitioning ~~the~~ court) conduct discovery of third parties by authorization, or subpoena if necessary, in order to obtain medical records, pharmacy records, death investigation records, educational records, employment records, tax records, social security records, and insurance records that specifically pertain

to the decedents. Conducting such discovery by agreement is the preferred course and consent to do so shall not be unreasonably withheld or made contingent upon any other agreement. Further, it is understood and agreed that Defendants may continue to conduct discovery of third parties to obtain any and all records related to the decedents for which authorizations have already been provided by Plaintiffs.

(4) If the parties wish to conduct discovery other than that provided for in paragraph 3 above, they may petition this Court and, upon a showing of good cause, such discovery will be permitted.

(5) Nothing in this order shall prohibit the parties during the pendency of the stay from requesting and/or obtaining documents and tangible things regarding decedents that are publically available without authorization or subpoena.

6 This order resolves the motion appearing as Docket Entry No. 49.

IT IS SO ORDERED THIS 24 DAY OF May, 2012.

~~LAURA TAYLOR SWAIN~~
~~UNITED STATES DISTRICT JUDGE~~

Kevin Nathaniel Fox
HON. KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

SUBMITTED BY AND AGREED TO:

*David Pitcher* (signature)

Michael Heygood, Esq.
(Admitted *pro hac vice*)
michael@hop-law.com
David E. Pitcher, Esq.
(Admitted *pro hac vice*)
david@hop-law.com
James Craig Orr, Jr., Esq.
(Admitted *pro hac vice*)
jim@hop-law.com
Eric D. Pearson, Esq.
(Admitted *pro hac vice*)
eric@hop-law.com
Charles W. Miller, Esq.
(Admitted *pro hac vice*)
charles@hop-law.com
Heygood, Orr & Pearson
2331 W. Northwest Highway, 2nd Floor
Dallas, TX 75220
(214) 237-9001
(214) 237-9002 FAX
And

Christopher R. LoPalo
Worby, Groner, Edelman & Napoli Bern, LLP
350 Fifth Avenue
New York, New York 10118
(212) 267-3700

*Attorneys for Plaintiffs*

Joseph P. Thomas, Esq. (signature)
(Admitted *pro hac vice*)
jthomas@ulmer.com
Jeffrey F. Peck, Esq.
(Admitted *pro hac vice*)
jpeck@ulmer.com
K.C. Green, Esq.
(Admitted *pro hac vice*)
kcgreen@ulmer.com
Jeffrey D. Geoppinger, Esq.
(Admitted *pro hac vice*)
jgeoppinger@ulmer.com
Kenneth R. Craycraft Jr., Esq.
(Admitted *pro hac vice*)
kcraycraft@ulmer.com
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513.698.5000
Fax: 513.698.5001

Andrew J. Scholz, Esq. (RP 3906)
ascholz@goldbergsegalia.com
Goldberg Segalla, LLP
11 Martine Avenue, Suite 750
White Plains, NY 10606
Tel: 914.798.5400
Fax: 914.798.5401

*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Laboratories, Inc., a Delaware corporation, and Watson Laboratories, Inc., a Nevada corporation*